■ In the Matter of DONALD P., Petitioner, v DANIEL R. PALMIERI, Respondent. [682 NYS2d 902] —Proceeding pursuant to CPLR article 78, *inter alia*, with respect to a determination of the Supreme Court, Nassau County (Palmieri, J.), dated Feb-

ruary 4, 1998, classifying the petitioner as a level three sex offender under the Sex Offender Registration Act (Correction Law § 168 *et seq.*).

Adjudged that the petition is denied and the proceeding is dismissed on the merits, without costs or disbursements.

The petitioner's contentions are not properly reviewable in the matter before us (*see, Matter of Haddock v Wexner,* 253 AD2d 881). Bracken, J. P., O'Brien, Sullivan and Goldstein, JJ., concur.